**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**M. K. JONES & ASSOCIATES, INC.,**

    **Plaintiff,**

v.                                                 Case No.  8:06-cv-286-T-30MSS

**MORRIS PUBLISHING GROUP, LLC,**
**et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised via the Unopposed Motion to Abate Deadlines While Parties Execute Agreement Settlement (Dkt. #23) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2006.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2006\06-cv-286.dismissal 23.wpd